IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**THURMAN HAYES, JR.**                                                **PLAINTIFF**

V.                      Case No. 4:25-CV-00556-JM

**THOMAS, Sergeant, Little Rock
Police Department,** *et al***.**                                     **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 12th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE